# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA OWEN CARPENTER

NO. 2019 KW 1399

**JANUARY 16, 2020**

---

In Re:    Joshua Owen Carpenter, applying for rehearing, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-18-0756.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **APPLICATION FOR REHEARING DENIED.**  An application for
rehearing will not be considered where this court denied the
original writ application.  <u>See</u> Uniform Rules-Louisiana Courts
of Appeal, Rules 2-18.7 & 4-9.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT